UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
APR 0 4 2014
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 1:14-00002 |
| | ) |
| [1] RICKEY EUGENE DAVIS, JR. | ) |
| a/k/a "BIG RICK," | ) |
| | ) |
| [2] DETERINES CORTAE CATHEY | ) |
| a/k/a "WEEDA" | ) |
| | ) |
| [3] AVERY DONTE HARWELL | ) |
| a/k/a "C-MO" | ) |
| | ) |
| [4] EDWARD CHRISTOPHER CLAUDE | ) |
| a/k/a "BIG NEWT" | ) |

ORDER:

Motion To Seal is granted.

John Bryant,
USMJ

## GOVERNMENT'S MOTION TO SEAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the Indictment and Arrest Warrants filed in this matter be sealed until further order of the Court.

Respectfully submitted,

DAVID RIVERA
United States Attorney
Middle District of Tennessee

PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
(615) 736-5151