# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 1:14-00002 |
| ) | Judge Trauger |
| [1] RICKEY EUGENE DAVIS, JR. ) | |
| [2] DETERINES CORTAE CATHEY ) | |
| [3] AVERY DONTE HARWELL ) | |
| [4] EDWARD CHRISTOPHER CLAUDE ) | |

**O R D E R**

It is hereby **ORDERED** that, pursuant to the Guide to Judiciary Policy, Vol. 7, Chapter 2, § 230.23.40(b), the court has determined that this case is extended and complex because of the nature of the prosecution, type and age of charges, scope of discovery, and other factors. It is therefore **ORDERED** that interim vouchers may be submitted by appointed counsel, and payment without "hold back" unless required by law. This case will be budgeted as a mega-case with the assistance of the Sixth Circuit Budgeting Attorney, Bob Ranz, and the new cost-containment initiatives regarding CJA service providers will apply.

It is so **ORDERED**.

ENTER this 13th day of June 2014.

_____
ALETA A. TRAUGER
U.S. District Judge