IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 1:14-00002 |
| | ) | Judge Trauger |
| | ) | |
| [1] RICKEY EUGENE DAVIS, JR. | ) | |

**O R D E R**

It is hereby **ORDERED** that the detention review hearing scheduled for 10:00 a.m. on June 16, 2014 is **RESET** for the same day at 10:30 a.m.

It is so **ORDERED**.

ENTER this 13th day of June 2014.

_____
ALETA A. TRAUGER
U.S. District Judge