IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:14-00002 |
| | ) | Judge Trauger |
| [1] RICKEY E. DAVIS, JR. | ) | |

### O R D E R

It is hereby **ORDERED** that this detention review proceeding is set for further hearing on Friday, October 24, 2014, at 3:30 p.m.

It is so **ORDERED**.

ENTER this 17th day of October 2014.

_____
ALETA A. TRAUGER
U.S. District Judge