# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:14-00002 |
| | ) | Judge Trauger |
| [1] RICKEY E. DAVIS, JR. | ) | |

## O R D E R

For the reasons expressed on the record at the close of hearing held October 24, 2014, it is hereby **ORDERED** that the defendant's Motion For Revocation of Order of Detention (Docket No. 35) is **GRANTED**, and he is hereby **RELEASED**, pretrial, under standard conditions.

It is so **ORDERED**.

ENTER this 27th day of October 2014.

_____
ALETA A. TRAUGER
U.S. District Judge